# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

130928 & (16)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

CURTIS G. WOOD,
    Defendant-Appellant.

SC: 130928
COA: 263884
Wayne CC: 97-009781

_____/

On order of the Court, the application for leave to appeal the March 16, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is also considered, and it is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

_____
Clerk

s1023